# EXHIBIT 1

Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 2 of 11 PageID #:12



US0D1004815S

(12) **United States Design Patent**     (10) Patent No.:     **US D1,004,815 S**

Zhang     (45) Date of Patent:     ** **Nov. 14, 2023**

(54) **FAN WITH LIGHT**

(71) Applicant: **Jiujiang Zhang**, Harbin (CN)

(72) Inventor: **Jiujiang Zhang**, Harbin (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/857,847**

(22) Filed: **Oct. 26, 2022**

(30) **Foreign Application Priority Data**

Sep. 22, 2022 (CN) ........................ 202230628849.9

(51) **LOC (14) Cl.** ............................................... **23-04**
(52) **U.S. Cl.**
USPC ......................................... **D23/377**; D26/59
(58) **Field of Classification Search**
USPC .......... D26/59, 72, 73, 81, 86, 88, 119, 122,
D26/128–130, 137; D23/370, 377, 379,
D23/381, 382, 412, 414
CPC ...... F04D 29/386; F04D 29/38; F04D 25/088;
F21V 33/0096
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D38,741 | S | * | 8/1907 | Booth | ............................ 362/327 |
| D40,181 | S | * | 7/1909 | Mygatt | ........................ D26/130 |
| D97,118 | S | * | 10/1935 | Cohen | ........................ D23/412 |
| 3,262,638 | A | * | 7/1966 | Militello | ............... F04D 29/703 |
| | | | | | D23/382 |
| D345,206 | S | * | 3/1994 | DiPasquale | ................ D23/385 |
| D384,738 | S | * | 10/1997 | Jane | ..................... F04D 29/703 |
| | | | | | D23/382 |
| D426,879 | S | * | 6/2000 | Gajewski | ..................... D23/377 |
| D762,910 | S | * | 8/2016 | Park | ............................... D26/88 |
| D789,507 | S | * | 6/2017 | Badarello | .................... D23/377 |
| D812,283 | S | * | 3/2018 | Arndt | .............................. D26/88 |
| D877,317 | S | * | 3/2020 | Wang | ............................. D26/59 |
| D906,571 | S | * | 12/2020 | Li | ................................. D26/81 |

| | | | | | |
|---|---|---|---|---|---|
| D929,019 | S | * | 8/2021 | Zhao | ............................. D26/81 |
| D938,082 | S | | 12/2021 | Holmes et al. | |
| D939,122 | S | | 12/2021 | Orozco | |
| D945,595 | S | * | 3/2022 | Biancuzzo | ................... D23/382 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 206592878 | U | * 10/2017 |
| CN | 307226279 | | * 4/2022 |
| CN | 307459727 | | * 7/2022 |

OTHER PUBLICATIONS

"Kuwork Woven Flush Mount Caged Ceiling Fan," Aug. 20, 2022, amazon.com, site visited Dec. 8, 2022, URL: https://www.amazon.com/Kuwork-Ceiling-Control-Enclosed-Reversible/dp/B0B6Z39YZV/ (Year: 2022).*

(Continued)

*Primary Examiner* — Lauren D McVey
*Assistant Examiner* — Sarah L Smith
(74) *Attorney, Agent, or Firm* — Justin Lampel

(57) **CLAIM**
The ornamental design for a fan with light, as shown and described.

**DESCRIPTION**

FIG. **1** is a first perspective view of a fan with light showing my new design;
FIG. **2** is a second perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a back view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines shown in the drawings and the ghosted area(s) within the broken lines show portions of the fan with light that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 3 of 11 PageID #:13

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D949,448 S | | 4/2022 | Guthrie |
| D960,428 S | * | 8/2022 | Yuan ............................ D26/118 |
| D987,162 S | * | 5/2023 | Valera Reyes ................. D26/88 |

OTHER PUBLICATIONS

"Dujahmland Caged Ceiling Fan with Light," Aug. 2, 2022, amazon.com, site visited Dec. 8, 2022, URL: https://www.amazon.com/DUJAHMLAND-Adjustable-Enclosed-Farmhouse-Industrial/dp/B0B8BRDHJJ/ (Year: 2022).*
"Letmarey 20 Cage Low Profile Bladeless Ceiling Fan," Jun. 21, 2022, amazon.com, site visited Sep. 22, 2023, URL: https:// www.amazon.com/Letmarey-Medieval-Bladeless-Farmhouse-Reversible/dp/B09YXDCMJS/ref=sr_1_1?th=1 (Year: 2022).*

* cited by examiner

Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 4 of 11 PageID #:14



FIG.1

Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 5 of 11 PageID #:15



FIG.2

Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 6 of 11 PageID #:10



FIG.3

Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 7 of 11 PageID #:17



FIG.4

Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 8 of 11 PageID #:19



# FIG.5

Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 9 of 11 PageID #:19



FIG.6

Case: 1:25-cv-12597 Document #: 1-1 Filed: 10/15/25 Page 10 of 11 PageID #:20



FIG.7



FIG.8